UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

CLYDEL SISTRUNK,

    *Plaintiff,*

    *v.*

CITY OF GREEN BAY AND BASHIR BURUIN,

    *Defendants.*

Case No: 1:23-cv-43

## COMPLAINT

Plaintiff Clydel Sistrunk, by his attorneys, Strang Bradley, LLC, for his complaint against Defendants, state:

### INTRODUCTION

1. This is a civil rights lawsuit brought pursuant to 42 U.S.C. § 1983 to redress the deprivation under color of law of Clydel Sistrunk's constitutional right to be free from unreasonable search and seizure in violation of the Fourth Amendment of the United States Constitution.

2. On 13 October 2020, at around 4:30pm, Defendant Officer Bashir Buruin, unlawfully initiated a traffic stop of a vehicle that Plaintiff Sistrunk was a passenger in, without reasonable suspicion to do so.

3. Plaintiff seeks actual or compensatory damages against the Defendant, and because Defendant acted recklessly and/or with callous indifference to the federally

1

protected rights of Plaintiff, punitive damages, plus the costs of this action, attorneys' fees, and such other and further relief that the Court deems just and equitable.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over federal claims pursuant to 28 U.S.C. § 1331 and the state law indemnification claim pursuant to 28 U.S.C. § 1367.

5. Venue is proper under 28 U.S.C. § 1391(b). Defendant City of Green Bay is a political subdivision of the state of Wisconsin located within this judicial district. Additionally, the events giving rise to the claims asserted herein occurred within this judicial district.

## PARTIES

6. Plaintiff Clydel Sistrunk is a resident of the State of Illinois and the County of Vermilion.

7. Defendant City of Green Bay is a political subdivision of the state of Wisconsin and is and/or was the employer of the individual officer Defendant and is required to pay any tort judgment for damages for which its employees are liable for acts within the scope of their employment pursuant to WIS. STAT. § 895.46.

8. Defendant Bashir Buruin was, at the time of this occurrence, employed as an officer in the City of Green Bay's Police Department. Defendant Buruin engaged in the conduct complained of while he was on duty and in the course and scope of his employment with the City of Green Bay.

9. At all times relevant to this action, Defendant Buruin was acting under color of state law, ordinance, and/or regulation. Defendant Buruin is sued in his individual capacity.

**FACTS**

10. On 13 October 2020, at around 4:30pm, Defendant Officer Bashir Buruin, was on duty as a police officer with the Green Bay Police Department in a marked squad car when he received a dispatch to "the intersection of Eastman Avenue and N. Irwin Avenue for a suspicious vehicle. Details of the call indicated that a gray SUV with an unknown plate was parked at this location for approximately 10 to 15 minutes and that this vehicle had been there yesterday as well."

11. As Defendant Buruin drove into a cul-de-sac near the above intersection, he saw a silver Hyundai parked in the cul-de-sac.

12. As he drove closer to the silver Hyundai Defendant Buruin saw a black male in the driver seat look over in his direction, at which time the silver Hyundai started to slowly roll forward.

13. Defendant Buruin maneuvered his marked squad to get behind the silver Hyundai and activated his overhead emergency lights to conduct a traffic stop of the silver Hyundai in which Plaintiff Clydel Sistrunk was a passenger.

14. Prior to conducting the traffic stop of the silver Hyundai, Buruin did not observe the silver Hyundai make any traffic violations.

15. Sistrunk was subsequently criminally charged in Brown County Case Number 2020CM001230.

16. In Brown County Case Number 2020CM001230, Sistrunk's criminal defense attorney filed a Motion to Suppress alleging that Defendant Buruin violated Sistrunk's Fourth Amendment rights by conducting a traffic stop of the vehicle he was in without reasonable suspicion.

17. After an evidentiary motion hearing, Brown County Circuit Court Judge Marc A. Hammer granted Sistrunk's Motion to Suppress concluding that Defendant Buruin illegally conducted a traffic stop of the vehicle Sistrunk was in without reasonable suspicion in violation of his Fourth Amendment right to be free from unreasonable search and seizure.

## COUNT I

### 42 U.S.C. § 1983 Claim for Unlawful Detention

18. Plaintiff realleges and incorporate the preceding paragraphs.

19. The intentional actions of Defendant Buruin in detaining Plaintiff, without reasonable suspicion, violated his Fourth Amendment right to be free from unreasonable search and seizure, and thus violated 42. U.S.C. § 1983.

20. Defendant Buruin acted recklessly and/or with callous indifference to the federally protected rights of Plaintiff.

21. As a direct and proximate result of Defendant Buruin's unlawful action, Plaintiff has suffered, and will continue to suffer damages.

22. WHEREFORE, pursuant to 42 U.S.C. § 1983, Plaintiff demands actual or compensatory damages against Defendant Buruin and because he acted maliciously, wantonly, or oppressively, punitive damages, plus the costs of this action, attorneys' fees, and such other and further relief that the Court deems just and equitable. Additionally,

Plaintiff asks this Court to find that the City of Green Bay is liable to defend this action against Defendant Buruin, and to satisfy any judgment entered against him, by virtue of WIS. STAT. § 895.46.

## JURY DEMAND

Plaintiff hereby demands a trial by jury, pursuant to FED. R. CIV. PRO. 38(b), on all issues so triable.

Respectfully submitted,

Dated: January 11, 2023

STRANG BRADLEY, LLC
Attorneys for Plaintiff

/s/ John H. Bradley
John H. Bradley
Wisconsin Bar No. 1053124
R. Rick Resch
Wisconsin Bar No. 1117722
James Odell
Wisconsin Bar No. 1131587
Strang Bradley, LLC
613 Williamson St., Ste. 204
Madison, WI 53703
(608) 535-1550
John@StrangBradley.com
Rick@StrangBradley.com
James@StrangBradley.com