AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
EASTERN DISTRICT OF WISCONSIN

CLYDEL SISTRUNK,

    Plaintiff,

 v.

CITY OF GREEN BAY and
BASHIR BURUIN,

    Defendants.

**JUDGMENT IN A CIVIL CASE**
Case No. 23-C-43

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒  **Decision by Court.** This action came before the Court for consideration.

  **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff takes nothing and the case is DISMISSED.

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: January 29, 2024

GINA M. COLLETTI
Clerk of Court

s/ Kyle W. Frederickson
(By) Deputy Clerk

Case 1:23-cv-00043-WCG Filed 01/29/24 Page 1 of 1 Document 31